FILED

2012 NOV 15 AM 10: 48

US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For Offenses Committed On or After November 1, 1987) |
| SALEH MAHMOUD ZAHRAN (1) | Case Number: 07CR0332-DMS |
| | John O Lanahan CJA |
| | Defendant's Attorney |

**REGISTRATION NO.** 02850298

[X] Modification of Restitution Order and Supervision Conditions pursuant to order filed 11/5/2012.

**THE DEFENDANT:**

[ ] pleaded guilty to count(s) _____

[X] was found guilty on count(s) 1-22 and 25-32 of the Superseding Indictment
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 286 | Conspiracy to Defraud the Government with Respect to Claims | 1S |
| 18 USC 287, 18 USC 2 | False Fictitious, or Fraudulent Claims, Aiding and Abetting | 2S-7S |
| 42 USC 408(a)(7)(A), 18 USC 2 | Use of a Social Security Number Obtained Based on False Information, and Aiding and Abetting | 8S-13S |
| 42 USC 408(a)(8), 18:2 | Fraudulent Use of Social Security Number of another person, Aiding and Abetting | 14S-17S |
| 18 USC 1028A(a)(1), 18:2 | Aggravated Identity Theft, Aiding and Abetting | 18S-21S |
| 18 USC 1001, 18 USC 2 | False Statements, Aiding and Abetting | 22S |
| 26 USC 7201, 18 USC 2 | Income Tax Evasion, Aiding and Abetting | 25S-32S |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) remaining _____ is [ ] are [X] dismissed on the motion of the United States.

[X] Assessment: $3,000.00 ($100 as to each of Counts 1s-22s and 25s-32s). .

[ ] Fine waived.          [ ] Forfeiture pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

NOVEMBER 16, 2012 (Amended 11/15/2012)
Date of Imposition of Sentence

HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

DEFENDANT: SALEH MAHMOUD ZAHRAN (1)
CASE NUMBER: 07CR0332-DMS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
One Hundred Thirty-Two (132) Months as follows: One Hundred Eight (108) Months as to each of Counts 1s, 22s, 25s-32s; Sixty (60) Months as to each of Counts 2s-17s; Twenty-Four (24) Months as to each of Counts 18s-21s. All counts to run concurrently, except Count 18s which will run consecutively.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: SALEH MAHMOUD ZAHRAN (1)
CASE NUMBER: 07CR0332-DMS ▪

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

THREE (3) Years as to each of Counts 1s-17s and 22s-32s, and One (1) Year as to each of Counts 18s-21s, all to run concurrently.

  The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than ___4___ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

  future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis
  Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

  If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

  The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

07CR0332-DMS

DEFENDANT: SALEH MAHMOUD ZAHRAN (1)
CASE NUMBER: **07CR0332-DMS**

# SPECIAL CONDITIONS OF SUPERVISION

☒ Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally; supervision waived upon deportation, exclusion or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☐ Not reenter the United States illegally.

☐ Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☒ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☒ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☒ Not engage in the employment or profession of tax preparation

☐ Resolve all outstanding warrants within _____ days.

☐ Complete _____ hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☒ Defendant shall pay the following amounts of unpaid taxes and interest, as directed by the probation officer, payable to the Internal Revenue Service, Attn MPU, Stop 151 Restitution, 4800 Buford Hwy, Chamblee, GA 30341.

| Year | Income Tax | Interest |
|------|-----------|----------|
| 1997 | $14, 131.00 | $ 12,889.32 |
| 1998 | 28,056.00 | 21,322.25 |
| 1999 | 31,302.00 | 32,236.59 |
| 2000 | 40,929.00 | 35,045.77 |
| 2001 | 56,122.00 | 41,089.75 |
| 2002 | 18,466.00 | 11,744.09 |
| 2003 | 20,697.00 | 11,670.19 |
| 2004 | 10,934.00 | 5,367.17 |
| TOTAL | $220,637.00 | $171,365.13 |

Judgment — Page  5  of  6

DEFENDANT: SALEH MAHMOUD ZAHRAN (1)

CASE NUMBER: **07CR0332-DMS**

# FINE

The defendant shall pay a fine in the amount of _____ $36,051.77 _____ unto the United States of America.

This sum shall be paid  ___  immediately.

           ⌐x⌐  as follows:

Pay the cost of prosecution in the amount of $36,051.77, payable forthwith or through the Inmate Financial Responsibility Program at the rate of $25 per quarter during the period of incarceration, with the payment of any remaining balance to be made following the defendant's release from prison at the rate of $500 per month, or at a rate to be determined by the probation officer.

The Court has determined that the defendant _____ have the ability to pay interest. It is ordered that:

___  The interest requirement is waived.

___  The interest is modified as follows:

DEFENDANT: SALEH MAHMOUD ZAHRAN (1)
CASE NUMBER: 07CR0332-DMS

# RESTITUTION

The defendant shall pay restitution in the amount of _____$288,905.03_____ unto the United States of America.

This sum shall be paid ____ immediately.
                       _x_ as follows:

Pay restitution in the amount of $288,905.03 at the rate of $1,000 per month, through the Clerk, U.S. District Court, to the following victims in the amounts specified, with distribution of restitution to the victims to be on a pro rata basis:

Internal Revenue Service          $156,144.03
Attn: MPU Stop 151 Restitution
4800 Buford Hwy
Chamblee GA 30341

CA Department of Health Services   $38,455.00
Recovery Section - Overpayment Unit
MS 4720
PO Box 99742
Sacramento CA 95899-7421

County of San Diego                $53,595.00
Health and Human Services Agency
1700 Pacific Highway
San Diego CA 92101

Housing Authority of San Diego County  $40,711.00
Attn: Fiscal Division
3989 Ruffin Road
San Diego CA 92123

The Court has determined that the defendant _____ have the ability to pay interest. It is ordered that:

____ The interest requirement is waived.

____ The interest is modified as follows: